# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MICHAEL EDWARD HARSSEMA, #02206248 | § | |
| | § | |
| | § | CIVIL ACTION NO. 4:23-CV-00832-ALM-AGD |
| v. | § | |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 4, 2026, the Report of the Magistrate Judge, (Dkt. #31), was entered containing proposed findings of fact and recommendation that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, (Dkt. #1), be denied, and that the case be dismissed with prejudice.

Having received the Report of the United States Magistrate Judge, (Dkt. #31), and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, (Dkt. #1), is **DENIED**, and that the case is **DISMISSED** with prejudice. It is further **ORDERED** that a certificate of appealability is **DENIED**.

Any request for relief not addressed by the Report is denied as **MOOT**.

**IT IS SO ORDERED**.

**SIGNED this 23rd day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE